UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  Case No. 12-33189-DHW
Chapter 13

Nichole Kelly,

    Debtor(s).

**ORDER DENYING MOTION**

Debtor filed a Motion to Modify a Confirmed Chapter 13 Plan (Doc. No. 64). The motion came for a hearing on October 20, 2014.

For the reasons stated in court, it is ORDERED that the Motion is DENIED.

Done this 24th day of October, 2014.

/s/ Dwight H. Williams, Jr.
United States Bankruptcy Judge

c:    Debtor
Richard D. Shinbaum, Attorney for Debtor
Curtis C. Reding, Trustee